**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **IN RE: RYAN-JAMES FEW** | : : : : : | **Case No. 2:24-mc-00018**<br>**Judge Algenon L. Marbley**<br>**Magistrate Judge S. Courter M. Shimeall** |

## OPINION AND ORDER

This matter is before this Court for consideration of the June 17, 2024, Report and Recommendation of the United States Magistrate Judge, to whom this case was referred pursuant to 28. U.S.C. § 636(b). (ECF No. 5). The Magistrate Judge recommended that this Court deny this miscellaneous action because Mr. Few did not include any cognizable claims or establish how this Court had subject-matter jurisdiction over the action.

The Report and Recommendation of the Magistrate Judge further advised Mr. Few that failure to object to the Report and Recommendation within fourteen days would result in the "forfeiture of the right to *de novo* review by the District Judge." (*Id.* at 4).

This Court has reviewed the Report and Recommendation of the Magistrate Judge. Noting that no objections have been filed and that the time for filing such objections has expired, this Court **ADOPTS** the Report and Recommendation (ECF No. 5) in its entirety. Accordingly, it is hereby **ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and close this case.

Finally, this Court **DECLINES** to issue a certificate of appealability and **CERTIFIES** to the Sixth Circuit that any appeal would not be taken in good faith and should not be permitted to proceed *in forma pauperis*.

2

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: April 6, 2026**